UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD SCHONINGER, JACQUELINE SCHONINGER, SCOTT SCHONINGER, and GERALD ALLEN, <br><br> Plaintiffs, <br><br> vs. <br><br> JAMES GREEN and WILLIAM WILKISON, <br><br> Defendants. | Civil Action No. 15-cv-2233-PAC <br><br> **MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I Walter E. Brock, Jr., hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Darren L. Ofsink in the above-captioned action.  Darren L. Ofsink has been subpoenaed to provide documents and to testify as a witness in this action, and has requested that the undersigned appear as his counsel.

I am in good standing of the bar of the state of North Carolina and there are no pending disciplinary proceedings against me in any state or federal court.

Respectfully submitted this 26th day of April, 2016.

YOUNG MOORE AND HENDERSON, P.A.


BY:    */s/ Walter E. Brock, Jr.*
          WALTER E. BROCK, JR.
          N.C. State Bar No. 8195
          walter.brock@youngmoorelaw.com
          Post Office Box 31627
          Raleigh, North Carolina 27622
          Telephone (919)782-6860
          Facsimile (919) 782-6753
          *Attorneys for Darren Ofsink*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned attorney hereby certifies that on the 26th day of April, 2016, he electronically filed the foregoing *Motion for Admission Pro Hac Vice* with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorneys:

Philip Morgan Smith, Esq.
Law Offices of Philip M. Smith
5 Bruce Ave.
Harrison, NY  10528
Smith.philip02@gmail.com
*Attorneys for Plaintiffs*

Melissa Starcic, Esq.
Seyfarth Shaw LLP
620 Eighth Avenue
New York, NY  10018
mstarcic@seyfarth.com
*Attorneys for Plaintiffs*


Robert Novack, Esq.
Charles W. Stotter, Esq.
Bressler, Amery & Ross, PC (NYC)
17 State Street
New York, NY  10004
rnovack@bressler.com
cstotter@bressler.com
*Attorneys for Defendants*

Michael David Margulies, Esq.
Bressler, Amery & Ross, PC (NYC)
325 Columbia Turnpike, Suite 301
Florham Park, NJ  07932
mmargulies@bressler.com
*Attorneys for Defendants*

This the 26th day of April, 2016.

YOUNG MOORE AND HENDERSON, P.A.

BY:   /s/ Walter E. Brock, Jr._____
       WALTER E. BROCK, JR.
       N.C. State Bar No. 8195
       walter.brock@youngmoorelaw.com
       Post Office Box 31627
       Raleigh, North Carolina 27622
       Telephone (919)782-6860
       Facsimile (919) 782-6753
       Attorneys for Ofsink LLC and Darren Ofsink

173-10/3914653